UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TODA MAURICE ROBINSON,

        Defendant.

Case No. CR09-129 TSZ

**DETENTION ORDER**

Offense charged:

    Sex trafficking of a minor.

Date of Detention Hearing: June 25, 2009.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant has a lengthy criminal history going back to 1991 with prior convictions including assault, violations of the uniformed controlled substances act, filing to appear, reckless endangerment and obstruction. Warrants for his arrest have been issued in numerous cases for failing to appear for court hearings. Defendant was originally charged in this matter in King

DETENTION ORDER -1

County Superior Court.  His father posted bail secured by a residence.  While he was on bond, defendant was arrested and convicted of another criminal offense.  Additionally, he currently has an active warrant for his arrest for failing to complete a jail sentence

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and  (4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 25th day of June, 2009.

s/ BRIAN A. TSUCHIDA
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER -2